DETROIT TRUST CO. AND W. FRANK MAXWELL, EXECUTORS, ESTATE OF GEORGE A. ROBINSON, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

FREDERICK H. ROBINSON, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

JANE B. ROBINSON, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

MARION L. ROBINSON, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket Nos. 17327, 20257, 20258, 20289, 20290, 33169.   Promulgated April 25, 1929.

*Fred C. Goddard, Esq.,* for the petitioners.
*F. R. Shearer, Esq.,* for the respondent.

210

OPINION.

LANSDON: The single issue presented in these proceedings is whether the beneficiaries of a trust are entitled to deductions for depletion on account of the removal of ore from mining properties constituting the corpus of the trust.

The principle involved has been carefully considered and disposed of in a number of decisions by the Board and the courts, which we consider controlling in the instant proceedings. *Arthur H. Fleming*, 6 B. T. A. 900, and cases cited therein; *Kate Fowler Merle-Smith*, 11 B. T. A. 254; *Margaret B. Fowler*, 11 B. T. A. 265; *George Snyder Crilly*, 15 B. T. A. 642; *Samuel Ricker, Jr.*, 15 B. T. A. 1160; *Baltzell v. Mitchell* (C. C. A.), 3 Fed. (2d) 428; certiorari denied, 268 U. S. 690; *Whitcomb v. Blair*, 25 Fed. (2d) 528; affirming *Margaret T. Whitcomb*, 5 B. T. A. 191; *Abell v. Tait* (C. C. A.), 30 Fed. (2d) 54; *Mary Roxburghe v. United States*, 64 Ct. Cls. 223. It follows that the determination of the respondent is approved.

Reviewed by the Board.

*Decision will be entered for the respondent.*